Melvin GRIFFIN *v.* STATE of Arkansas

CR 97-843                                    949 S.W.2d 892

Supreme Court of Arkansas
Opinion delivered September 11, 1997

*Claudell Woods,* for appellant.

No response.

PER CURIAM. Melvin Griffin, by his attorney, has filed a motion for rule on the clerk. His attorney, Claudell Woods, admits in his motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is therefore granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.